# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

ANITA R. CHAVEZ,

    Plaintiff,

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

NO. CV-09-0352-JPH

**JUDGMENT IN A CIVIL CASE**

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 13 day of December, 2010.

                    JAMES R. LARSEN
                    District Court Executive/Clerk


                by: _s/Pamela A. Howard_
                      Deputy Clerk

cc: all counsel